IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARY JAMES MCDAVID
#170548                                                                                                PLAINTIFF

v.                                          4:25-cv-00003-JM-JJV

DEXTER PAYNE,
Director, Central Office, ADC; *et al.*                                                  DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Doc.7.) No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Amended Complaint (Doc. 6) is DISMISSED without prejudice for failing to state a claim upon which relief may be granted. In the future, dismissal of this action should be counted as a strike under 28 U.S.C. § 1915(g). And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 14th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE