IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARY JAMES MCDAVID
#170548                                                                                               PLAINTIFF

v.                                          4:25-cv-00003-JM-JJV

DEXTER PAYNE,
Director, Central Office, ADC; *et al.*                                          DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED without PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 14th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE